# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

**UNITED STATES OF AMERICA**

**V.**                              **NO. 4:19CR00605 LPR**

**TERRANCE KORTEZ JACKSON**

## ORDER TO LODGE DETAINER

The Defendant appeared with counsel on November 14, 2019 for plea and arraignment. The Defendant waived his rights to a detention hearing at this time and agreed to be detained. He reserves the right to request a detention hearing in the future should he so choose.

Federal criminal charges pending in the United States District Court for the Eastern District of Arkansas require the appearance of Defendant Terrance Kortez Jackson for bond/detention following posting bond or otherwise arranging terms of release from the custody of the state, county or local custodial authority (the "custodial authority").

IT IS THEREFORE ORDERED that the U.S. Marshal file a Detainer with the appropriate custodial authority which, along with this Order, shall constitute a hold on the above-named Defendant.

IT IS FURTHER ORDERED that, upon notification by the custodial authority that the above-named Defendant has made arrangements for his release on the criminal charges, the United States Marshal shall assume custody of and transport the above named Defendant to the United States District Court for the Eastern District of Arkansas.

IT IS SO ORDERED this 25th day of November, 2019.

_____
PATRICIA S. HARRIS
UNITED STATES MAGISTRATE JUDGE